USDC SCAN INDEX SHEET










```
AXR     7/19/05    14:49
3:05-CV-00687    MCDONALD V. BONDED COLLECTORS
*12*
*RPLYOPPM.*
```

Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
110 West 'C' Street, Suite 2018
San Diego, CA 92101
Telephone: (619) 233-7770
Facsimile: (619) 330-4657

Douglas J. Campion, Esq. (SBN: 75381)
**LAW OFFICES OF DOUGLAS J. CAMPION**
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 543-9307

**Attorneys for Plaintiff**

FILED
05 JUL 19 AM 10:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James McDonald on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>Bonded Collectors, LLC<br><br>  Defendant. | Case No.: '05 CV-0687 W(POR)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**<br><br>JUDGE: HON. LOUISA S. PORTER<br>DATE:  JULY 28, 2005<br>TIME:  10:00 A.M. |

## Introduction

Defendant, in response to Plaintiff's Motion for Leave to Amend its Complaint, has opposed that Motion. This Opposition is untimely and not in accordance with the local rules, as follows.

## Argument

### DEFENDANT'S MOTION WAS UNTIMELY

On July 14, 2005, Plaintiff's counsel was served, by mail, Defendant's Opposition to Plaintiff's Motion to Amend Plaintiff's Complaint. Rule 7.1(e.2)[1] of the Local Rules of Practice for the United States District Court for the Southern District of California provides that such Opposition must be served on Plaintiff's attorney not later than 14 calendar days prior to the noticed hearing and this is increased by Rule 7.1(e.4)[2] for purposes of mail service upon opposing parties of counsel by three (3) days if the place of address is within the State of California, as here, for a total of 17 days.

Rule 6(b)(2) of the Federal Rules of Civil Procedure gives the court the discretion, "for cause shown," to consider untimely papers if the failure to file the papers in a timely manner was a result of "excusable neglect."[3]

Since the noticed hearing for this Motion is July 28, 2005, any Opposition by Defendant to Plaintiff's Motion had to be mailed no later than July 11, 2005. As

---

[1] *Local Rule 7.1(e.2) states*: **Time for filing opposition.** Except as otherwise specified in Civil Local Rule 7.1(e.1), each party opposing a motion, application or order to show cause shall file that opposition or statement of non-opposition with the clerk and serve the movant or the movant's attorney not later than 14 calendar days prior to the noticed hearing. (For example, for a motion to be heard on a Monday, the opposition papers must be filed and served no later than two Mondays prior to the noticed hearing.)

[2] *Local Rule 7.1(e.4) states*: **Service of Motions and Opposition by Mail.** Unless otherwise provided by order of the court, the sixty, twenty-eight and fourteen day periods of notice set forth in Civil Local Rules 7.1(e.1), 7.1(e.2) and 7.1(e.7) are increased for purposes of mail service upon opposing parties of counsel by three (3) days if the place of address is within the State of California, by five (5) days if outside the State of California but within the United States, and by ten (10) days if outside the United States. Service by United States postal overnight mail delivery or by private overnight mail delivery adds only two days to the applicable period of notice. The extension of time for service does not extend court filing deadlines. Federal Rule of Civil Procedure 6(e), extending the time within which a right may be exercised or an act may be done, does not apply to the notice periods governed by this section. Motions, notices of motion, opposition and supporting documentation shall not be accepted for filing unless accompanied by proof of service demonstrating either hand-delivery or compliance with this section's mailing provisions.

[3] *Rothmann v. S/S President Taft*, 1994 U.S. Dist. LEXIS 21391 (N.D. Cal. 1994) (Rothmann's opposition to APL's motion to dismiss was filed late because Nowell, Rothmann's counsel, inadvertently calendared the filing date for fourteen days before the hearing, as required by Local Rule 220-3 of the Northern District, instead of fourteen days after the filing of the motion as required by this Court's Standing Order No. 2. Nowell served and filed the opposition in compliance with the Northern District's rule. Because the briefing schedules provided in the Northern District local rules and the Court's Standing Orders both have fourteen day standards, the Court finds that Nowell's mistake in confusing these two rules when he calendared the due date of the opposition constitutes "excusable neglect" within the meaning of Fed. R. Civ. P. Rule 6(b).)

1 | can be seen by Defendant's Proof of Service, Defendant's Opposition was mailed
2 | two days late, that is, on July 13, 2005.

### In Conclusion

Plaintiff has been prejudiced by Defendant's failure to serve Plaintiff in a timely manner and Defendant's Motion should not be considered.[4] In the alternative, Plaintiff requests said hearing be continued to allow Plaintiff's counsel adequate time to reply.

Dated: July 19, 2005

Respectfully submitted,

**HYDE & SWIGART**

Joshua B. Swigart, Esq.
110 West C Street, Ste. 2018
San Diego, CA 92101
Telephone: (619) 233-7770
Facsimile: (619) 330-4657

Co-Counsel

Douglas J. Campion
**LAW OFFICES OF DOUGLAS J. CAMPION**
409 Camino Del Rio South, Ste. 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 543-9307

---

[4] *Continental Casualty Co. v. Landmark Hotels, LLC*, 2004 U.S. Dist. LEXIS 28062, FN1 (C.D.Cal. 2004). (Untimely opposition not considered.); *see also, Weston v. Brown*, 1996 U.S. Dist. LEXIS 12009 (N.D. Cal. 1996); *see also, FDIC v. Bender*, 326 U.S. App. D.C. 390, 127 F.3d 58, 62, 68 (D.C. Cir. 1997) (stating that the district court was justified in granting the Plaintiff's motion regarding fees on the ground that the opposition was filed beyond the time limit prescribed by local rule and therefore the Plaintiff's motion was "conceded").

PROOF OF SERVICE BY MAIL
C.C.P. §1013(a), C.R.C. 2003(3), 2005(I)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1572 N. Batavia Street, Suite 2, Orange, California 92867.

On July 13, 2005, I served the foregoing document described as **OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF** on all interested parties in this action by:

✓ placing __ the original ✓ a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

✓ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Orange, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__ **BY FACSIMILE TRANSMISSION:** From Fax No. (714) 998-5680 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

__ **BY FEDERAL EXPRESS:** I caused the above-described documents to be served on the addressees listed on the attached mailing list by placing a copy in a separate Federal Express mailer, with Priority Overnight delivery requested, and depositing said mailer with a Federal Express carrier at Orange, California.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on July 13, 2005 at Orange, California.

_(signature)_
CAROL W. WIESE

-10-

Case No. 05 CV 0687W (POR)

*James McDonald v. Bonded Collectors, LLC*
United States District Court, Southern District of California
Case No.: 05CV-0687 W(POR)

## PROOF OF SERVICE

I, Joshua Merkel, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 110 West "C" Street, Suite 2018, San Diego, California 92101. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On July 19, 2005, I served the foregoing document(s) described as:

- **REPLY TO OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF;**

On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

    Timothy P. Johnson
    **JOHNSON & CHAMBERS**
    1572 N. Batavia Street, Ste. 2
    Orange, CA 92867

( )   BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

(X)   BY FEDERAL EXPRESS, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each with Federal Express with the full and appropriate delivery fee pre-paid at San Diego, California in accordance with our business practice.

( )   BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each such addressee respectively, and caused such envelope to be delivered by hand to the offices of addressee.

( )   BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 330-4657 and transmission was reported as complete and without error. A copy of the transmission report is attached to this affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 19, 2005, at San Diego, California.

                                                     _/s/ Joshua Merkel_
                                                     Joshua Merkel