# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCDONALD, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BONDED COLLECTORS, L.L.C.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 05-CV-0687 W (CAB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF** |

　　　　Plaintiff filed this consumer credit lawsuit on April 4, 2005 alleging that Defendant engaged in abusive debt-collection practices. On August 30, 2005, Plaintiff filed a First Amended Complaint adding allegations on behalf of a class of plaintiffs who received the same form letter. Plaintiff now seeks leave to amend the complaint to add a new defendant.

　　　　On September 18, 2006, United States Magistrate Cathy Ann Bencivengo issued a Report and Recommendation ("Report") recommending that the Court grant Plaintiff's motion to amend. Objections to the Report were due by no later than

October 2, 2006. Defendant did not file an objection, nor did it request additional time in which to do so.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (holding that 28 U.S.C. 636(b)(1)(c) "makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made, but not otherwise*") (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Arizona 2003) (concluding that where no objections were filed the District Court had no obligation to review the magistrate judge's Report). This rule of law is well established within the Ninth Circuit and this district. See Wang v. Masaitis, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005) ("Of course, de novo review of a R & R is **only** required when an objection is made to the R & R) (emphasis added) (citing Renya-Tapia, 328 F.3d 1121); Nelson v. Giurbino, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopted Report without review because neither party filed objections to the Report despite the opportunity to do so, "accordingly, the Court will adopt the Report and Recommendation in its entirety."); see also Nichols v. Logan, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

Because Defendant has tendered no objections to the Report nor requested an extension of time in which to do so, the Court accepts Judge Bencivengo's recommendation that Plaintiff's motion to amend be granted and **ADOPTS** the Report in its entirety. For the reasons stated in the Report, which is incorporated herein by reference, the Court **GRANTS** Plaintiff's motion to amend. Plaintiff is given 5 days from the date of this order to file and serve the Second Amended Complaint.

/././

**IT IS SO ORDERED.**

DATED: October 13, 2006

_____
Hon. Thomas J. Whelan
United States District Judge